

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2017

No. 04-17-00591-CV

Scott **HARRISON**,
Appellant

v.

**OAKS OF BANDERA**,
Appellee

From the County Court, Bandera County, Texas
Trial Court No. 17-0076
Honorable Richard A. Evans, Judge Presiding

# O R D E R

On October 26, 2017, Appellant Scott Harrison, acting pro se, filed his brief. On October 30, 2017, Appellee moved to strike Appellant's brief. Appellee's motion to strike is GRANTED.

Appellant's brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief does not include compliant versions of the following:

- Identity of Parties and Counsel,
- Statement of Facts,
- Summary of the Argument,
- Argument,
- Prayer, or
- Appendix.

*See id.* The brief has these additional defects.

- No part of the brief contains any citations to the record. *See id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record.").
- The brief consists primarily of concatenated fragments of parties' names, case names, and other information that do not form complete sentences, and these concatenations fail to

present any legal arguments. *See id.* ("The brief must contain a clear and concise argument for the contentions made . . . .").

- The brief lists a number of authorities but fails to explain how the authority is relevant to Appellant's complaints. *See id.* (requiring "appropriate citations to authorities").
- The brief does not comply with the form requirements of Rule 9.4. *See id.* R. 9.4.

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER appellant Scott Harrison to file an amended brief within TEN DAYS of the date of this order. **The amended brief must correct all of the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court